# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Esteban Arciniega,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, BLST Receivables & Servicing d/b/a Fingerhut,<br><br>　　　　Defendants. | Case No. 2:23-cv-00245-SPL<br><br>**[PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION** |

The Court having read and considered Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Compel Arbitration ("Motion"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Experian's Motion is **GRANTED** in its entirety. Experian and Plaintiff Esteban Arciniega ("Plaintiff") are compelled to arbitrate the claims pleaded against Experian in this case. This action is stayed as to Experian until the completion of the arbitration.

**SO ORDERED.**

4880-3396-1313